U.S. District Court
Southern District of Mississippi
Northern Division

Jeffery P Marcum



V. Case No. 3:23-CV-00311-DPJ-FKB

Billy Sollie SHerriff

To The Honorable Daniel P. Jordan III
District Judge And The Honorable Magis-
trate Judge F. Keith Ball
On may 25th 2023 i handed officer
mcNeil a motion for Leave to Proceed
iN Forma PauPeris for Casie Spears to
fill out and Send back to me which i
Have Not yet Receaved they Know that
this is time Sensitive. i Have Sent two
Greavences to ms. Spears about this issue
via Keyost and i Have ask the guards
to ask Her for my PaPer Back so i can
Send it Back. Any Help with this matter
would be very Thankful
Thank you

Jeffery P. Marcum