AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUN 22 2023**

ARTHUR JOHNSTON
BY _____ DEPUTY

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6-1-2023

*Applicant's signature*

*Printed name* Jeffery P. Marcum

## Certificate

I hereby certify that the petitioner herein has the sum of $ 0. 30 on account to his credit at the _____LCDF_____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____LCDF_____ institution: _____LCDF_____.

6-20-23
Date

Authorized Officer of Institution

2

# AVERAGE RESIDENT BALANCE STATEMENT

Sorted by ID
Tuesday, June 20, 2023
Printed by CRSPEARS

**Resident ID :**              144728
**Resident Name :**            MARCUM, JEFFERY P
**Total Number of Days :**     275
**Average Deposit Amount :**   $27.00
**Average Balance :**          $0.73
**Current Balance :**          $0.30

Printed 6/20/2023
3:55:43 PM          Confidential Property of Lauderdale County MS          Page 1 of 1