IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFERY P. MARCUM                                                           PETITIONER

VERSUS                                        CIVIL ACTION NO. 3:23-cv-311-DPJ-FKB

BILLY SOLLIE                                                                RESPONDENT

ORDER

This matter comes before the Court on Petitioner's petition for habeas relief filed pursuant to 28 U.S.C. § 2241. Petitioner states that he is incarcerated at the Lauderdale County Detention Facility in Meridian, Mississippi. Pet. [1] at 1. Having reviewed the Petition [1], Attachments [6, 12], Petitioner's Statements [7, 8], and Amended Petition [11], the Respondent will be directed to respond to Petitioner's request for habeas relief. Accordingly, it is

ORDERED:

1. That the Respondents, through Honorable Lynn Fitch, Attorney General for the State of Mississippi, file an answer or other responsive pleading in this cause within 20 days of the service upon the said Honorable Lynn Fitch of a copy of this order. Respondents shall file with their answer full and complete transcripts of all proceedings and/or any other relevant documents arising from the criminal charges for rape, lustful touching, and intimidating a witness pending against Petitioner in the Circuit Court of Lauderdale County, Mississippi.

2. That the Clerk of Court shall serve, by certified mail, a copy of the Petition [1], a copy of the Attachment [6] filed on June 29, 2023, a copy of the Petitioner's Statements [7] filed on July 11, 2023, a copy of the Petitioner's Statement [8] filed on July 12, 2023, Order [10] entered on July 20, 2023, Petitioner's Amended Petition [11] filed on July 31, 2023, Attachment [12] filed on September 1, 2023, and a copy of this Order upon Honorable Lynn Fitch, Attorney

General of the State of Mississippi.   The Clerk of Court shall also serve a copy of this Order upon Petitioner by mailing same to Petitioner's last known address.

    3.   Petitioner is warned that his failure to timely comply with any order of the Court or his failure to keep the Court informed of his current address will result in the dismissal of this case.

    SO ORDERED, this the 7th day of September, 2023.

                                              *s/ F. Keith Ball*
                                              UNITED STATES MAGISTRATE JUDGE