UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFERY P. MARCUM                                                PETITIONER

V.                                          CIVIL ACTION NO. 3:23-CV-311-DPJ-ASH

BILLY SOLLIE                                                      RESPONDENT

## JUDGMENT

For the reasons stated in the Order entered this date, the Court finds the Report and

Recommendation of United States Magistrate Judge Andrew S. Harris should be adopted as the

opinion of the Court.  Marcum's claim for release is dismissed with prejudice; his claims related

to bail and speedy trial are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE